UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

**JOHN ROBERT HARVELL,**
    Petitioner,

**v.**                                    **Case No. 5:25-cv-818-CLM-SGC**

**WARDEN, et al.,**
    Respondents.

## MEMORANDUM OPINION

    The magistrate judge has recommended that the court dismiss this case for failure to prosecute because the petitioner, John Robert Harvell, has not updated his address with the court, paid the filing fee, or submitted a proper application to proceed in forma pauperis. (Doc. 5). The magistrate judge advised Harvell of his right to file written objections within 14 days, but the court has not received any objection or other communication from Harvell. Plus, the report and recommendation has been returned as undeliverable with the following notations: "Return to Sender," "Attempted–Not Known," and "Unable to Forward." (Doc. 6). Thus, two communications from the court to Harvell have now been returned as undeliverable (Docs. 4, 6), and the court has no way to communicate with him.

    After considering the record and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court will dismiss Harvell's petition without prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

    The court will enter a separate order that closes this case.

    **Done** on July 10, 2025.

                                                 _/s/ Corey L. Maze_
                                                 **COREY L. MAZE**
                                                 UNITED STATES DISTRICT JUDGE